CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
JOHN G. SILBERMANN, JR.
UNITED STATES ATTORNEYS OFFICE
970 BROAD STREET, SUITE 700
NEWARK, NEW JERSEY 07102
(973) 353-6094
JS1187



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Joseph H. Rodriguez |
| PLAINTIFF, | : | Court No. Misc. 98-20 |
| V. | : | CERTIFICATE OF DISCHARGE OF |
| | : | CERTAIN REAL PROPERTY FROM |
| EDWARD CIACCIO | : | JUDGMENT LIEN HEREIN |
| DEFENDANT. | : | |

**WHEREAS,** defendant EDWARD CIACCIO is indebted to the plaintiff United States of America, ("United States") pursuant to a judgment entered in United States District Court on April 7, 1998, in the amount of $33,625.36.

**WHEREAS,** the lien of the United States for said judgment has attached to the property of EDWARD CIACCIO.

**THIS IS TO CERTIFY** that certain real property described as 819 Richard Road, Cherry Hill, in the county of Camden, New Jersey, is hereby released for the purpose of the sale of the property with Wellington Home Mortgage, Inc.; however, the full force and effect of the lien is otherwise saved and reserved against and upon this property and all other property or rights to property to which the lien is attached wheresoever situated.

• **TAKE NOTICE** that the Certificate of Discharge is not intended to discharge the judgment lien against EDWARD CIACCIO nor against any other property subject thereto.

DATED:

CHRISTOPHER J. CHRISTIE<br>
United States Attorney<br><br>
By: JOHN G. SILBERMANN, JR.<br>
Assistant U.S. Attorney

STATE OF NEW JERSEY:

                        ss

COUNTY OF ESSEX:

I certify that on December 1, 2005, John G. Silbermann, Jr., acknowledged under oath, to my satisfaction, that: he is an Assistant United States Attorney for the District of New Jersey, in the within action; the execution, as well as the making of this document by the United States of America, has been duly authorized; and this document was signed and delivered by the United States Attorney for the District of New Jersey through the Assistant U.S. Attorney, as and for the act of deed of the United States of America.

Sworn and subscribed to me before this 1st day of December, 2005.

KELLY C. PARKER-BATTLE
Notary Public of New Jersey
My Commission Expires 09/14/2010.